# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>MARCEL CRAWFORD (01),<br>ERNEST MITCHELL(04),<br>BRIAN COWMAN(05),<br>MILDRED ALARCON(06) | CASE NO.:   4:21-CR-00028-CDL-MSH |

## ORDER ON MOTION FOR CONTINUANCE

The defendants have moved the Court, jointly, to continue the pre-trial hearing of this case, presently scheduled for October 13, 2021 and to continue any trial until the Court's January 2022 trial term. The Government does not oppose this motion. The defendants were arraigned on July 12, 2021 and September 8, 2021. Additional time is needed for discovery review, pretrial investigation and to enter into plea negotiations between the defendants and government if warranted. The Court finds that it is in the interests of justice to allow the parties to complete investigation and to explore possible plea negotiations and that these interests outweigh the interest of the defendants and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice. Accordingly, the defendants' Motion for Continuance [Doc. 56] is **GRANTED**, and it is hereby ordered that this case shall be continued until the Court's January 10, 2022 trial term. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. Section 3161.

It is SO ORDERED, this **22nd** day of **September 2021**.

S/Clay D. Land
HONORABLE CLAY D. LAND
UNITED STATES DISTRICT COURT